UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONNIE K. ROSS, 711154, | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:13-CV-3649-B |
| TEXAS BOARD OF PARDONS AND PAROLE, ET AL, | § § § | |
| Defendants. | § § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Defendant filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 2nd day of January, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE